**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LLOYD MCDONNAUGH** | : | **CIVIL ACTION:** |
| v. | : | |
| | : | |
| **TEVA SPECIALTY** | : | |
| **PHARMACEUTICALS, LLC,** | : | **No. 09-5566** |

## ORDER

**AND NOW,** this 31st day of August, 2011, upon consideration of the "Motion for Summary Judgment" of Defendant, (Doc. No. 12), Teva Specialty Pharmaceuticals, LLC, and the responses thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED.** The Clerk of the Court shall **CLOSE** this case for statistical purposes.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**